IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION

| | |
|---|---|
| COX COMMUNICATIONS, INC., a Delaware corporation, <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> GIGABLAST, INC., a Delaware corporation, <br><br> Defendant/Counterclaimant. | Civil Action File No. 1:16-CV-00036-RB-WPL |

**STIPULATION OF DISMISSAL OF COMPLAINT AND
COUNTERCLAIM WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a), Plaintiff and Defendant stipulate that the Complaint and Counterclaim are hereby dismissed with prejudice, with each party to pay its own costs.

This 23rd day of May, 2017.

| | |
|---|---|
| */s/ Maria Crimi Speth* <br> JABURG & WILK, P.C. <br> Maria Crimi Speth <br> Michael B. Dvoren <br> Aaron K. Haar <br> 3200 N. Central Avenue, 20th Floor <br> Phoenix, *AZ* 85012 | */s/ Judith A. Powell* <br> KILPATRICK TOWNSEND & STOCKTON LLP <br> Judith A. Powell, Esq. <br> Jennifer Fairbairn Deal, Esq. <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, Georgia 30309-4530 <br> Phone: (404) 815-6500 <br> Fax: (404) 815-6555 <br> Email: jpowell@kilpatricktownsend.com <br> jdeal@kilpatricktownsend.com |

| | |
|---|---|
| PEACOCK MYERS, P.C.<br>Jeffrey L. Squires<br>201 Third St. NW, Suite 1340<br>Albuquerque, NM 87102<br>Telephone: (505) 998-6116<br>Facsimile: (505) 243-2542<br>Email: jsquires@peacocklaw.com<br><br>*Attorneys for Defendant/Counterclaimant* | FREEDMAN BOYD HOLLANDER<br>GOLDBERG URIAS & WARD, P.A.<br>John W. Boyd<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>Telephone: (505) 842-9960<br>Facsimile: (505) 842-0761<br>Email: jwb@fbdlaw.com<br><br>*Attorneys for Plaintiff/Counterclaim-Defendant* |

## CERTIFICATE OF SERVICE

I CERTIFY that on May 23, 2017, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Judith A. Powell*
Judith A. Powell